DEBORAH ETZION, Appellant, v RAFAEL ETZION et al., Respondents.

Submitted September 8, 2009; decided October 22, 2009

Reported below, 62 AD3d 646.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DEBORAH ETZION, Appellant, v RAFAEL ETZION et al., Respondents.

Submitted September 21, 2009; decided October 22, 2009

Reported below, 62 AD3d 646.

Motion by Women's Bar Association of the State of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of MAX GESHWIND, Deceased. DAVID M. GESHWIND, Appellant; FRANK GESHWIND, Respondent.

Submitted August 10, 2009; decided October 22, 2009

Reported below, 60 AD3d 679.

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely (*see Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for reargument, reconsideration and amendment of its decision, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

FREDERICK R. HAWKES, Respondent, v BONNIE M. HAWKES, Appellant.

Submitted August 10, 2009; decided October 22, 2009

Reported below, 61 AD3d 1436.

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal from the order of Supreme Court that, among other things, denied appellant's motion to